IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, | No. CV-24-01990-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| SIRH LLC, et al., | |
| Defendants. | |

This matter is before the Court on the Notice of Voluntary Dismissal with Prejudice (Doc. 20), filed by Plaintiff on January 9, 2025. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice.

Accordingly,

**IT IS ORDERED directing** the Clerk of Court to terminate this action in its entirety.

Dated this 10th day of January, 2025.

_____
Stephen M. McNamee
Senior United States District Judge